STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SCHLETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00358-CW |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; ORDER |
| ALFRED JOHN SCHLETTE, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS HEARING date of August 12, 2013 presently scheduled at 2:30 p.m., before the Honorable Claudia Wilken, be vacated and re-set for September 16, 2013 at 2:30 p.m. for MOTIONS HEARING. The parties further stipulate that time from the date of this stipulation and September 16, 2013 be excluded because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The reason for this request is that the defense is reviewing newly produced discovery in excess of 1000 pages in this recently indicted fraud case. The defense has also requested additional business records, and the government is assessing whether it has and will produce the

requested items.

The continuance is necessary to accommodate counsels' preparation efforts in a case with numerous financial records.

Date   08/05/13          /s/
                         John Paul Reichmuth
                         Assistant Federal Public Defender
                         Counsel for defendant SCHLETTE

Date   08/05/13          /s/
                         Jared C. Dolan
                         Assistant United States Attorney
                         E.D. Cal.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
                         Counsel for Defendant Schlette

| | |
|---|---|
| 1 | ORDER |

2  The court finds that the ends of justice served by the granting of the continuance
3  outweigh the bests interests of the public and the defendant in a speedy and public trial.  The
4  continuance is necessary to accommodate counsel's preparation efforts given recently produced
5  financial records exceeding 1000 pages.  The defense has also requested additional business
6  records, and the government is assessing whether it has and will produce the requested items.
7  Based on these findings, IT IS HEREBY ORDERED THAT **the motion setting, trial setting**
8  **or disposition hearing** in the above-captioned matter be continued to September 16, 2013 at
9  2:30 p.m., and that time be excluded from the date of this Order until September 16, 2013
10 pursuant to 18 U.S.C. §§3161(h) (7)(A) and (B)(iv).

11  IT IS SO ORDERED.

12  8/7/2013
13  Date                                     HON. CLAUDIA WILKEN
                                              CHIEF UNITED STATES DISTRICT JUDGE